*E-Filed 3/6/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT E. JACOBSEN, et al.,

Plaintiffs,

v.

AURORA LOAN SERVICES LLC, et al.,

Defendants.

No. C 12-00135 RS

**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME**

A hearing on plaintiffs' motion for partial summary judgment and defendants' motion to dismiss is scheduled for April 5, 2012. Defendants made a motion to extend time to file a response to plaintiffs' motion. In support, defendants demonstrated that plaintiffs had informally agreed to this extension, yet failed to approve a stipulation prior to defendants' response deadline. Pursuant to the liberal standard of Federal Rule of Civil Procedure 6(b)(1), "requests for extensions of time made before the applicable deadline has passed should 'normally ... be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party.'" *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1258-59 (9th Cir. 2010). Here, defendants' motion is unopposed and there is no evidence of bad faith or unfair prejudice. The April 5, 2012 motion hearing is hereby vacated. The parties are directed to appear for a consolidated motion hearing on May 17, 2012 at

1:30 p.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, in San Francisco, California. The existing briefing schedule for defendants' motion to dismiss shall remain in place. The briefing schedule for plaintiffs' motion for partial summary judgment shall proceed as follows: Defendants shall submit a response by March 29, 2012. Plaintiffs may file a reply brief by April 5, 2012.

IT IS SO ORDERED.

Dated: 3/6/12

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C
ORDER