YESK LAW
Michael Yesk (SBN 130056)
70 Doray Dr., Suite 16
Pleasant Hill, CA 94523
yesklaw@gmail.com
925-849-5525
Attorney for Plaintiffs
Michael T. O'Brien
and Robert E. Jacobsen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| MICHAEL T. O'BRIEN, an individual and ROBERT E. JACOBSEN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, LLC, a Delaware Limited Liability Company, CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation and DOES 1-10, inclusive.<br><br>Defendants. | Case No. 3:12-CV-00135-RS<br><br>The Hon. Judge Richard Seeborg<br><br>**STIPULATED REQUEST TO DISMISS DEFENDANT CAL-WESTERN RECONVENANCE CORPORATION DUE TO BANKRUPTCY AND [~~PROPOSED~~] ORDER** |

**NOTICE IS HEREBY GIVEN** that the Plaintiffs request, and Defendant Aurora Loan Services LLC hereby stipulates, that Defendant Cal-Western Reconveyance Corporation be dismissed from this Action due to their filing for Bankruptcy. FRCP 41(a)(1)(A)(ii).

IT IS SO STIPULATED:

**AKERMAN LLP**

 /s/ JUSTIN D. BALSER
JUSTIN D. BALSER (SBN 213478)
Attorney for Defendant, Aurora Loan Services LLC

1
STIPULATED REQUEST FOR DISMISSAL OF CAL-WESTERN RECONVAYANCE CORPORATION
CASE NO. 3:12-CV-00135-RS

**YESK LAW**

By: ___/S/ MICHAEL YESK___
      MICHAEL YESK

ORDER

GOOD CAUSE APPEARING the Court hereby GRANTS the Request, and Defendant Cal-Western Reconveyance Corporation is hereby DISMISSED.

Dated: 4/13/17

_[signature]_
DISTRICT COURT JUDGE