| | |
|---|---|
| AKERMAN LLP<br>JUSTIN D. BALSER (SBN 213478)<br>Email: justin.balser@akerman.com<br>601 West Fifth Street, Suite 300<br>Los Angeles, California 90071<br>Telephone: (213) 688-9500<br>Facsimile: (213) 627-6342<br><br>Attorneys for Defendant<br>AURORA LOAN SERVICES LLC | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| MICHAEL T. O'BRIEN, an individual, and ROBERT E. JACOBSEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, a Delaware Limited Liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation and DOES 1-10, inclusive.<br><br>Defendants. | Case No. CV 12-00135 RS<br>(The Hon. Judge Richard Seeborg)<br><br>**ORDER**<br>**STIPULATION TO CONTINUE HEARING DATE REGARDING SETTLEMENT APPROVAL**<br><br>Hearing Date: December 14, 2017<br>Time: 2:30 p.m.<br>Ctrm: 3<br>Judge: Judge Richard Seeborg<br><br>**New Hearing:**<br>Date of Hearing: December 21, 2017<br>Time of Hearing: 1:30 p.m. |

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Michael T. O'Brien and Robert E. Jacobsen on the one hand and defendant Aurora Loan Services LLC on the other, through their respective attorneys of record, as follows:

WHEREAS, plaintiffs and Aurora are scheduled to appear before the Honorable Richard Seeborg for a hearing regarding settlement approval on December 14, 2017 (*see* Dkt. No. 108);

WHEREAS, Aurora's principal place of business is located in Colorado and its counsel is located outside the Northern District of California;

WHEREAS, counsel for Aurora has a conflict and cannot appear for the hearing currently scheduled for December 14, 2017 at 2:30 p.m.

WHEREAS, counsel for Aurora contacted the court and obtained a new date for the hearing, December 21, 2017 at 1:30 p.m.

WHEREAS, the parties are in agreement as to the continuation of the hearing and agree that none of the parties will be prejudiced by this short continuation.

In light of the foregoing, the parties stipulate and agree, subject to this Court's approval, that the hearing currently scheduled for December 14, 2017 at 2:30 p.m. shall be continued until December 21, 2017 at 1:30 p.m.

**IT IS SO STIPULATED.**

Dated: December 8, 2017

Respectfully submitted,

**AKERMAN LLP**

By: *s/Justin D. Balser*
    Justin D. Balser
Attorneys for Defendant
AURORA LOAN SERVICES LLC

**YESK LAW**

By: *s/ Michael Yesk*
    Michael Yesk
Attorney for Plaintiffs
MICHAEL T. O'BRIEN and ROBERT JACOBSEN

ORDER

GOOD CAUSE APPEARING the Court hereby continues the hearing on plaintiffs' motion for approval of settlement from December 14, 2017, at 2:30 p.m. to December 21, 2017, at 1:30 p.m. PST in Courtroom 3, 17th Floor in San Francisco.

Dated: 12/8/17

_____
DISTRICT COURT JUDGE