# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| MICHAEL T. O'BRIEN, an individual, and ROBERT E. JACOBSEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>AURORA LOAN SERVICES LLC, a Delaware Limited Liability Company; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation, CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation and DOES 1-10, inclusive.<br><br>Defendants. | Case No. CV 12-00135 RS<br>(The Hon. Judge Richard Seeborg)<br><br>**[PROPOSED] ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation between plaintiffs Michael T. O'Brien and Robert E. Jacobsen and defendant Aurora Loan Services LLC, and good cause appearing, IT IS HEREBY ORDERED this action is dismissed with prejudice in its entirety. The parties shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**.

DATED: __12/20__, 2017

_____
The Honorable Richard Seeborg
United States District Court Judge